IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| LINDA GRANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:16-cv-00287-JHM-CHL |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC | ) |
| | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC

Comes the Plaintiff, Linda Grant, and hereby stipulates that Plaintiff's cause against Equifax Information Services, LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 30th day of September, 2016.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 30th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                */s/David W. Hemminger*
                David W. Hemminger